IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARIEL BEAUDET, | ) | CIVIL NO. 17-00436 HG-KSC |
| Plaintiff, | ) | |
| v. | ) | |
| WISCONSIN; VILLAS COUNTY, | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION AS MODIFIED(ECF No. 8)

Findings and Recommendation having been filed and served on all parties on September 26, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss the Complaint and Deny the Application to Proceed In Forma Pauperis" (ECF No. 8) are adopted as the opinion and order of this Court.

The Findings and Recommendation states that Plaintiff has leave to file an Amended Complaint curing the deficiencies outlined in the Findings and Recommendation on or before October 30, 2017. (ECF No. 8).

The Findings and Recommendation also requires Plaintiff to file an In Forma Pauperis application or pay the requisite

1

filing fee on or before October 30, 2017. (Id.)

The District Court hereby modifies the Findings and Recommendation to allow Plaintiff the opportunity to file her Amended Complaint by no later than **Monday, November 27, 2017**.

Further, Plaintiff must also pay the filing fee or file an In Forma Pauperis application no later than **Monday, November 27, 2017**.

IT IS SO ORDERED.

DATED HONOLULU, HAWAII, October 27, 2017.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge